UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.

SHIBOR GROUP INC. DBA ABUNDANT
LIFE, ABUNDANT LIFE II,

   Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

   Defendant.
_____/

**NOTICE OF REMOVAL**

     Defendant, SCOTTSDALE INSURANCE COMPANY (hereinafter "SCOTTSDALE"), doing business in the State of Florida, hereby files its Notice of Removal of that certain cause of action now pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, being styled *Shibor Group Inc. DBA Abundant Life, Abundant Life II vs. Scottsdale Insurance Company*, Case No. CACE-19-012117 Div.: 09 stating as follows:

     1.    SCOTTSDALE is an Ohio corporation with its principal place of business located in Scottsdale, Arizona. SCOTTSDALE is a non-resident insurer and is recognized by the Florida Department of Financial Services as a surplus lines insurer. SCOTTSDALE is a Defendant in the above-styled cause.

2. This action was commenced in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and service of process of Plaintiff's Complaint was effectuated on SCOTTSDALE on June 25, 2019.

3. This is a civil action brought by Plaintiff, SHIBOR GROUP INC. DBA ABUNDANT LIFE, ABUNDANT LIFE II (hereinafter "SHIBOR GROUP"), whose property is located in Broward County, Florida, seeking to recover damages in excess of $15,000, plus interest, costs, and attorney's fees under a contract for insurance issued by SCOTTSDALE to SHIBOR GROUP. According to the Complaint, SHIBOR GROUP seeks payment of damages for a covered loss which SHIBOR GROUP alleges is subject to being paid under commercial policy CPS2716018, plus attorneys' fees, costs, and interest.

4. During the claim investigation, SHIBOR GROUP presented SCOTTSDALE with an estimate prepared by Pinnacle Claim Services, Inc. alleging damages in the amount of $85,527.99. (*See **Exhibit "A"***) Therefore, SHIBOR GROUP is seeking damages that exceed $75,000.00.

5. At the time when the suit was instituted and at all times material to this action, SHIBOR GROUP allegedly owned the subject commercial property located at 311 N. 66th Avenue, Hollywood, Florida, 33024. At the time when this action was commenced and at the present time and at all times material to this action, SCOTTSDALE was and is a corporation organized and existing under the laws of the State of Ohio and having its principal place of business in Arizona. Complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

6.  The matter in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs. This fact is demonstrated by the extent of damage that SHIBOR GROUP has claimed.

7.  Copies of all process, pleadings and orders served upon SCOTTSDALE, and such other papers or exhibits as are required by Local Rules of Court, are filed herein, with the exception of discovery served with the Complaint.

WHEREFORE, Defendant, SCOTTSDALE, prays that this Honorable Court exercise jurisdiction over this matter.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 25th day of July, 2019 to: Jack Benmeleh, Esquire, Levy & Partners, PLLC, 3230 Stirling Road, Suite 1, Hollywood, Florida 33021, jack@lawlp.com, angelica@lawlp.com.

Susan M. Payne, Esquire
Florida Bar No. 0110388
The Rock Law Group, P.A.
1760 Fennell Street
Maitland, FL 32751
Telephone: (407) 647-9881
Email: spayne@rocklawpa.com;
pleadings@rocklawpa.com
ybayron@rocklawpa.com
Attorneys for Defendant, Scottsdale Insurance Company