**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.   19-CIV-61876-RAR

SHIBOR GROUP INC. DBA ABUNDANT LIFE, ABUNDANT LIFE II,

  Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

  Defendant.
  _____/

**NOTICE OF SETTLEMENT**

Defendant, SCOTTSDALE INSURANCE COMPANY, hereby notifies the Court that the issues in this matter have been resolved.  Please remove this case from the current trial docket.  A dismissal will be submitted to the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Portal and/or electronic filing on the 8th day of January, 2020, to Jack Benmeleh, Esquire, Levy & Partners, PLLC, jack@lawlp.com; angelica@lawlp.com..

*/s/ Robert L. Rogers, III*
Andrew P. Rock, Esquire
Florida Bar No. 0656437
Robert L. Rogers, III, Esquire
Florida Bar No. 0694207
The Rock Law Group, P.A.
1760 Fennell Street
Maitland, FL 32751
Telephone: (407) 647-9881
Telecopier: (407) 647-9966
Email: pleadings@rocklawpa.com;
and rmoreno@rocklawpa.com
Attorneys for Defendant,
Scottsdale Insurance Company

rm