**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-61876-RAR**

**SHIBOR GROUP, INC.**,

      Plaintiff,

v.

**SCOTTSDALE INSURANCE COMPANY**,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court on Defendant's Notice of Settlement, indicating the parties have reached an agreement in this matter [ECF No. 20]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal within **thirty days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of January, 2020.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**